# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 25-1671     **Short Title:** Colorado v. HHS

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Illinois                                                                                         as the

[ ] appellant(s)        [✓] appellee(s)        [ ] amicus curiae

[ ] petitioner(s)       [ ] respondent(s)       [ ] intervenor(s)

/s/ Alex Hemmer                              7/16/2025
Signature                                    Date

Alex Hemmer
Name

Office of the Illinois Attorney General      (312) 814-5526
Firm Name (if applicable)                    Telephone Number

115 S. LaSalle St.
Address                                      Fax Number

Chicago, IL 60603                            alex.hemmer@ilag.gov
City, State, Zip Code                        Email (required)

Court of Appeals Bar Number: 1188278

Has this case or any related case previously been on appeal?

[✓] No        [ ] Yes   Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).