# United States Court of Appeals
## For the First Circuit

No. 25-1671

STATE OF COLORADO; STATE OF RHODE ISLAND; STATE OF CALIFORNIA; STATE OF MINNESOTA; STATE OF WASHINGTON; STATE OF ARIZONA; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAI'I; STATE OF ILLINOIS; OFFICE OF THE GOVERNONR EX REL. ANDREW BESHEAR, in the official capacity as Governor of the Commonwealth of Kentucky; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; STATE OF WISCONSIN; JOSH SHAPIRO, in the official capacity as Governor of the Commonwealth of Pennsylvania,

Plaintiffs - Appellees,

v.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in the official capacity as Secretary of the U.S. Department of Health and Human Services,

Defendants - Appellants.

**JUDGMENT**

Entered: July 29, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of Appellants' assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(2) with each party to bear its own costs.

Mandate to issue forthwith**.**

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Lauren S. Zurier, Leslie J. Kane, Kevin Love Hubbard, Benjamin C. Wei, David Moskowitz, Samuel Perry Wolter, Joseph Michaels, Keith D. Hoffmann, Sarah Rice, Julia Harvey, Neli Nima Palma, Anna Rich, Crystal Adams, Brian S. Carter, Jennifer C. Moreau, Ellen E. Range, Cristina Sepe, Mary M. Curtin, Andrew M. Ammirati, Vanessa L. Kassab, Samantha Hall, David Dana Day, Kalikoʻonālani Diara Fernandes, Alex Hemmer, Rebekah Newman, Laura Crittenden Tipton, Steven Travis Mayo, Taylor Payne, Margaret Machaiek, James C. Luh, Katherine B. Dirks, Phoebe Lockhart, Carl Hammaker, Jennifer Marie Jackson, Heidi Parry Stern, Jessica L. Palmer, Anaiis Gonzalez, Anjana Samant, Rabia Muqaddam, Gina Bull, Daniel Paul Mosteller, Deanna J. Chang, Lynn Kristine Lodahl, Kenneth Lawson Joel, Aimee D. Thomson, Jonathan D. Koltash